Nos. 18-16563 & 18-16609

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

———————

CENTER FOR BIOLOGICAL DIVERSITY, MARICOPA AUDUBON
SOCIETY, & DR. ROBIN SILVER, Plaintiffs-Appellees,

v.

GEORGE PERDUE, in his official capacity as Secretary of the U.S. Department of
Agriculture, and GREGORY PARHAM, in his official capacity as Administrator of
the Animal and Plant Health Inspection Service, Defendants-Appellants.

———————

CENTER FOR BIOLOGICAL DIVERSITY, MARICOPA AUDUBON
SOCIETY, & DR. ROBIN SILVER, Plaintiffs-Cross-Appellants

v.

GEORGE PERDUE, in his official capacity as Secretary of the U.S. Department of
Agriculture, and GREGORY PARHAM, in his official capacity as Administrator of
the Animal and Plant Health Inspection Service, Defendants-Cross-Appellees.

———————

On Appeal from the United States District Court
for the District of Nevada, Civ. No. 13-01785

———————

**JOINT MOTION FOR VOLUNTARY DISMISSAL**

———————

Pursuant to Federal Rule of Appellate to Federal Rule of Appellate Procedure

42(b), the appellants in No. 18-16563 and the cross-appellants in No. 18-16609 jointly

move the Court for an order dismissing both of the above-captioned appeals. Both

appellants and cross-appellants have agreed that each side shall bear its own costs and

fees on appeal.

Respectfully submitted,

/s/ Robert H. Oakley
ROBERT H. OAKLEY
Attorney,
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7415
Washington, D.C. 20044
(202) 514-4081
robert.oakley@usdoj.gov

Counsel for George Purdue, et al., appellants in No. 18-16563

/s/ William S. Eubanks II
WILLIAM S. EUBANKS II
Meyer Glitzenstein & Eubanks LLP
2601 S. Lemay Ave., Unit 7-240
Fort Collins, CO 80525
(970) 703-6060
beubanks@meyerglitz.com

Counsel for Center for Biological Diversity,
Maricopa Audubon Society, and Dr. Robin Silver,
Cross-Appellants in 18-16609

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2018, the foregoing motion was served on

all counsel of record via this Court's CM/ECF system.

> s/ Robert H. Oakley
> ROBERT H. OAKLEY
> Attorney
> United States Dep't of Justice
> Environment & Natural Resources Div.
> P.O. Box 7415
> Washington, DC 20044
> (202) 514-4081
> robert.oakley@usdoj.gov